| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321) |
| | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
| | Chief, Civil Division |
| 3 | ALISON E. DAW (CSBN 137026) |
| | Assistant United States Attorney |

*E-Filed 4/28/05*

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5044
   FAX: (408) 535-5081

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WAJIHA IJAZ, et al., | No. C 05-0127 HRL |
| Plaintiffs, | STIPULATION OF DISMISSAL; [PROPOSED] ORDER |
| v. | |
| DONALD W. NEUFELD, et al., | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this action shall be, and hereby is, dismissed without prejudice.

DATED:   April 25, 2005           Respectfully submitted,

                                  KEVIN V. RYAN
                                  United States Attorney

                                   /s/ Alison E. Daw
                                  ALISON E. DAW
                                  Assistant United States Attorney

///

///

///

///

STIPULATION OF DISMISSAL; ORDER
C 05-0127 HRL                     -1-

| | | |
|---|---|---|
| 1 | DATED: April 26, 2005 | Respectfully submitted, |
| 2 | | LAW OFFICES OF MINTER & AHMAD |

/s/ Saad Ahmad
SAAD AHMAD
Attorneys for Plaintiffs

### ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

DATED: 4/28/05

/s/ Howard R. Lloyd
HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION OF DISMISSAL; ORDER
C 05-0127 HRL                       -2-